UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE:                                      ) Case Nos.:
                                            )
LEAVE OF ABSENCE REQUEST                    )
TARA M. LYONS                               )        CR119-137, V. Moffett
July 27, 2020 through July 31, 2020         )        CR118-074, M. Copeland
                                            )        CR119-125, M. McRae
                                            )        CR119-052, S. Freeman, et. al.
                                            )        CR119-022, G. Powell, et. al.
                                            )        CR119-063, T. Hart
                                            )        CR119-002, S. Champagne
                                            )        CR119-051, R. Alva
                                            )        CR119-115, C. Johnson
                                            )        CR119-104, T. Hart
                                            )        CR119-049, R. Moore
                                            )        CR118-028, V. Moffett
                                            )        CR118-056, W. Harris
                                            )        CR119-106, T. Corbin
                                            )        CR119-157, S. Burton
                                            )        CR119-152, D. Williams
                                            )        CR119-015, T. Corbin
                                            )        CR120-006, J. Musgrove

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of

America in the above-cited cases on behalf of Assistant United States Attorney Tara M. Lyons

for the dates of July 27, 2020 through July 31, 2020 to travel out of the country for a vacation;

same is hereby GRANTED.

This _12th_ day of _February_, 2020.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA